Nancy K. McCombs, CSBN 163629
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Kathy H. Marquez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHY H. MARQUEZ,

    Plaintiff,

    v.

ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant

Case No. 2:19-cv-00778-KJN

STIPULATED REQUEST EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND AND ORDER. (Plaintiff's First Extension Request)

    The parties request that Plaintiff shall have an additional 30 days, to and including October 30, 2019, in which to move for summary judgment. This is a change from the original date of September 30, 2019. Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. This is Plaintiff's first extension request.

////

////

DATED:  September 19, 2019    By:  */s/ Nancy K. McCombs*
                                              NANCY K. MCCOMBS,
                                              Attorney for Plaintiff

DATED: September 19, 2019        By:    */s/ Ellinor Ravenel Coder*
                                        ELLINOR RAVENEL CODER
                                        Attorney for Defendant

IT IS SO ORDERED:

Dated: September 23, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jr.778

-2-