```
 1  Nancy K. McCombs, CSBN 163629
    12 Geary Street, Suite #201
 2  San Francisco, California 94108
    Telephone: (415) 678-2626
 3  Email: abelmccombs@gmail.com

 4  Attorney for Plaintiff
    Kathy H. Marquez
 5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATHY H. MARQUEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:19-cv-00778-KJN |
| | ) | |
| v. | ) | STIPULATED REQUEST EXTENDING |
| | ) | TIME TO FILE MOTION FOR SUMMARY |
| ACTING COMMISSIONER OF | ) | JUDGMENT OR REMAND AND ORDER. |
| SOCIAL SECURITY, | ) | (Plaintiff's Second Extension Request) |
| | ) | |
| Defendant | ) | |

The parties request that Plaintiff shall have an additional 14 days, to and including November 13, 2019, in which to move for summary judgment. This is Plaintiff's second extension request and a change from the date of October 30, 2019. Plaintiff seeks additional time because attorney Nancy McCombs' legal assistant, who recently went on an extended medical leave of absence, is no longer working at the firm, which has led to a very heavy workload. Nancy McCombs is in the process of hiring another legal assistant.

/ / / /

/ / / /

/ / /

-1-

DATED: October 30, 2019     By:   /s/ Nancy K. McCombs
                                  NANCY K. McCOMBS,
                                  Attorney for Plaintiff


DATED: October 30, 2019     By:   /s/ Ellinor Ravenel Cooper
                                  ELLINOR RAVENEL COOPER
                                  Special Assistant United States Attorney
                                  Attorney for Defendant
                                  (*confirmed via email*)

IT IS SO ORDERED:

Dated: November 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE