McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KATHY H. MARQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00778-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 27, 2019, up to and including January 27, 2020. Plaintiff filed her brief on November 27, 2019 following three stipulated extensions. This is the Defendant's first request for an extension.

Defendant requests this extension in order to further consider the issues raised in Plaintiff's motion, which included alleged errors related to the ALJ's duty to develop the record, extensive post-hearing evidence that was newly submitted to the Appeals Council, and evidence

related to Plaintiff's mental abilities (Dkt. 14).  The 1,504 page administrative record requires detailed consideration in light of Plaintiff's alleged errors.

In addition, the undersigned counsel has several conflicting deadlines, including a January 2, 2020 deadline for an appellate brief draft that is currently on its third and final extension, and childcare responsibilities during scheduled leave and/or agency holidays on December 24th through 26th.  In addition, Counsel is also a part-time employee for whom the due date of December 27, 2019 is not a scheduled duty day.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 23, 2019         /s/  Nancy K. McCombs
                                  (*as authorized via e-mail on December 19, 2019)
                                  NANCY McCOMBS
                                  Attorney for Plaintiff

Dated: December 23, 2019          McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                           By:    /s/  Ellinor R. Coder
                                  ELLINOR R. CODER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 27, 2020, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  December 26, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

778.marq